UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

C and M Properties, L.L.C.,
Debtor.

Case No. 01 38555 GEC
(Chapter 11)

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2001 DEC 11 P 4: 25
WILLIAM G. ___
CLERK OF COURT
BY___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contracted | (3) Nature of Claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Burbidge & Mitchell<br>139 East South Temple, #2001<br>Salt Lake City, Utah 84111 | (801) 355-6677<br>Jefferson Gross | Legal Services | Disputed | $51,672.73 |
| Ballard Spahr Andrews & Ingerson<br>201 South Main Street, #600<br>Salt Lake City, Utah 84111 | (801) 531-3000<br>Steve Peterson | Legal Services | | $42,691.71 |
| Atelier Hotel Group<br>1715 Creekside Lane<br>Park City, Utah 84098 | (435) 658-2517<br>Bill Shoaf | Services | Disputed | $6,250.00 |
| Park City Surveying, Inc.<br>2041 Sidewinder Drive<br>Park City, Utah 84060 | (435) 649-2918<br>Bob Pohle | Survey Services | | $2,905.00 |
| The Canyons Village Management<br>4000 The Canyons Resort Drive<br>Park City, Utah 84098 | (435) 649-5400<br>John Young | Services | | $770.00 |
| First American Title<br>1741 Sidewinder Drive<br>Park City, Utah 84060 | (435) 649-5615<br>David Brown | Services | | $400.00 |

Date: December 11, 2001

C and M Properties, L.L.C.

By: Timothy Olson

Its: Manager

235500-1


0138555D2

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, an authorized manager of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my information and belief.

Date _December 11, 2001_

Signature _____
Timothy Olson, Manager

235500-1